IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL DERRICK EDWARDS,** | ) | CASE NO. 7:14CV00495 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **J. B. EADS, ET AL.,** | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil rights action under 42 U.S.C. § 1983 is summarily **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); defendants' motion for summary judgment and plaintiff's motion for discovery are **DISMISSED** as moot; and this action is stricken from the active docket of the court.

**ENTER**: This 28th day of October, 2015.

                                          /s/ Glen E. Conrad
                                          Chief United States District Judge